IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **TERRY WAYNE LANFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:15cv742-MHT |
| | ) (WO) |
| **MEDICAL DOCTOR MR. PEASANT,** | ) |
| | ) |
| Defendant. | ) |

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied.  In the motion, plaintiff, a state prisoner, requests a preliminary injunction ordering the defendant physician to provide surgical intervention and stronger pain medication for treatment of hepatitis, liver disease, and a hernia, which conditions are causing plaintiff great pain.  There are no objections to the recommendation.  While the court sympathizes with the plaintiff's suffering, after an

independent and de novo review of the record, the court has concluded that the recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 16) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 6) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 29th day of January, 2016.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**